## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 06-263 (SRC) |
| | : | |
| v. | : | Hon. Stanley R. Chesler, U.S.D.J. |
| | : | |
| NICOLAU OLHOVSKY | : | |
| | : | |
| Defendant | : | ORDER GRANTING BAIL |
| _____ | : | PENDING APPEAL |

This matter having come before the Court on Motion by defendant Nicolau Olhovsky

(Andrea D. Bergman, Esq. Appearing), and after consideration of Defendant's Motion, the

Government's response thereto, and arguments of counsel,

IT IS HEREBY ORDERED, pursuant to Fed.R.Crim.P. 38(b) and 18 U.S.C. § 3143, that

the defendant's Motion for Bail Pending Appeal and for Stay of Execution of Sentence is

GRANTED for the reasons set forth by the Court on the record in open Court on July 22, 2009;

IT IS FURTHER ORDERED that Mr. Ohlovsky shall be released on the following

conditions:

      a.    $100,000 unsecured appearance bond, to be signed by the defendant

           within 24 hours of his arrival in the District of New Jersey, and co-signed

           by the defendant's mother, Cindi Dentini;

      b.    The defendant shall reside at 28 Alfred Avenue, Trenton, New Jersey, and

           any change in residence shall be pre-approved by Pre-Trial Services;

      c.    The defendant's mother, Cindi Dentini, shall serve as third-party

           custodian;

      d.    The defendant shall be subject to home confinement with electronic

monitoring by GPS;

e.    The defendant shall not leave the residence for any reason without prior approval of Pretrial Services;

f.    The defendant shall have no contact with minors unless in the presence of another adult, and that adult is aware of the present offense;

g.    The defendant shall report to Pretrial Services as directed;

h.    The defendant shall not use a computer for any purpose; all other computers in his residence will be subject to inspection and monitoring software as directed by Pretrial Services;

i.    He shall submit to mental health treatment as directed by Pretrial Services;

j.    His travel shall be restricted to the State of New Jersey.  Any travel outside the jurisdiction of the State shall be at the discretion of Pretrial Services.

Stanley R. Chesler, U.S.D.J.

Dated:   7/22/09