UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 06-263 |
| | : | ORDER |
| NICOLAU OLHOVSKY | : | |

This matter having come before the Court by way of petition of United States Pretrial Services, seeking an order to compel MySpace, Inc, to produce information relevant to to its review of whether or not the defendant has complied with his conditions of release;

and the Court having considered the petition;

and the Court having been presented with reasonable and articulable facts show that there are reasonable grounds to believe that the information sought is relevant and material to investigating defendant's compliance with his conditions of release;

and for good cause shown,

IT IS ON THIS 30th day of September, 2009

ORDERED that MySpace, Inc. shall release records that reflect the identity of the individual or entity assigned to Friend ID 413793376, including basic user identity information; IP address logs; and stored user files.

s/Stanley R. Chesler
**UNITED STATES DISTRICT JUDGE**