UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
: Criminal No. 06-263(SRC)
v. :
: ORDER MODIFYING
: RELEASE CONDITIONS
NICOLAU OLHOVSKY :

This matter having come before the Court on the application of defendant Nicolau Olhovsky, by his attorney, Andrea D. Bergman, Assistant Federal Public Defender, for an Order modifying the conditions of release imposed upon him on July 29, 2009 by the Hon. Stanley R. Chesler, U.S.D.J., and for good cause shown,

IT IS on this 18 day of December, 2009

ORDERED that the conditions of release imposed upon defendant Nicolau Olhovsky be and hereby are modified as follows:

1. Mr. Olhovsky shall be permitted to leave his home, where he is on 24-hour house arrest with electronic monitoring, on December 31, 2009 (Christmas Eve) from 5 p.m. to 10 p.m.

2. During his release hours he shall be at his grandmother's home, located at 75 Alfred Avenue, Hamilton, New Jersey.

3. All other release conditions remain the same.

4. Pre-trial shall specifically advise Mr. Olhovsky grandmother concerning conditions of release limiting his contact with minors.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge